79,030-01

(Writ Habeas Corpus)     CAUSE NO. WR-79,030-01

THE STATE OF TEXAS

VS.                                    IN THE COURT
                                       OF CRIMINAL APPEALS
JAMES EDWARD ECHOLS            TRAVIS COUNTY, TEXAS

DEFENDANT
TOCJ # 1757036
DATE OF BIRTH 03-22-1973

MOTION DENIED
DATE: 6-12-15
BY: _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

ORDER: APPOINTMENT OF COUNSEL

CAME on this day for consideration, the Defendant's request for appointment of Counsel to assist him in resolving pending charges in the above-styled cause pursuant to Tex. Code Crim. Proc. art. 1.051 The court has reviewed Defendant's Declaration in support of Right to Representation by Counsel in this matter and it is hereby:

ORDERED that an attorney shall be appointed to represent Defendant pursuant to Tex. Code Crim. Proc. art. 1.051 Accordingly, the following attorney is hereby appointed and instructed to contact his/her client regarding this matter.

NAME _____

ADDRESS _____

IT IS FURTHER ORDERED that a copy of this order shall be sent to the Defendant by the Clerk of this court.

Please let me know if you have any questions, etc. I look forward to hearing from you.

THANK you! yours in christ,


Sincerely,

James Edward Echol

Defendant, Pro se

Printed name: JAMES EDWARD ECHOLS

TDCJ NO. 1757036

TDCJ UNIT  MARK W. STILES UNIT

3060 FM 3514

Address, Rout and/or BOX number

BEAUMONT, TEXAS

CC=

## DECLARATION IN SUPPORT OF
## RIGHT TO REPRESENTATION BY COUNSEL
## ART.1.051, TEXAS CODE OF CRIMINAL PROCEDURE

The following Declaration is in support of Article 1.051 Right to Representation by Counsel in the Texas Code of Criminal Procedure.

Now respectfully comes JAMES EDWARD ECHOLS TDCJ # 1757036 and declares that I am unable to pay the court costs in this action and requests leave of the court to proceed in forma pauperis in this accompanying action and would show the court the following:

(1) I am presently incarcerated in the MARK W. STILES UNIT of The Texas Department of Criminal Justice where I am not permitted to earn or handle money.

(2) I have no source of income or spousal income.

(3) During my incarceration in the Texas of Criminal Justice I have received approximately $ _____ Ø _____ per month as gift from relatives and friends.

(4) I currently have $ _____ Ø _____ credited to me in the Inmate Trust Fund.

(5) I neither own nor have an interest in any realty, stocks, bonds, or bank accounts and I receive no interest or dividend income from any source.

(6) I have _____Ø_____ dependents.

(7) I have total debts of approximately $ _____Ø_____

(8) I owe $ _____Ø_____ as restitution

(9) My monthly expenses are approximately $ _____Ø_____

I, JAMES EDWARD ECHOLS TDCJ # 1757036 being presently incarcerated in the MARK W. STILES UNIT of The Texas Department of Criminal Justice in BEAUMONT, County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 1st day of June, 2015,

Signature: James Edward Echols
Printed name: JAMES EDWARD ECHOLS
TDCJ # 1757036